Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

Charles E. Quincey and Another, as Executors, etc., Appellants, v. Joseph H. Emery, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

Indelli & Conforti Company, Respondent, v. Hudson Realty Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

Morris Sotsky, Respondent, v. The 48th Street Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Clarke, P. J., and Smith, J., dissented and voted for affirmance and new trial on the ground that the verdict is against the weight of the evidence.

The People of the State of New York ex rel. Richard W. Dunne, Jr., Relator, v. Alfred Ludwig, as Superintendent of the Bureau of Buildings, Borough of Manhattan, City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements to respondent. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

Mary Loosy, Respondent, v. Black & White Cab Company, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

Isidor Schwartz, Respondent, v. Aldebaran Company, Inc., Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

Milton Schnaier & Company, Appellant, v. Joseph Newmark, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

Ida Elkin, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

Samuel Elkin, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

Stella T. Edwards, Appellant, v. David G. Stebbins, Respondent.— Appeal dismissed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

Stella T. Edwards, Appellant, v. David G. Stebbins, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and ·Merrell, JJ.

Edward J. Rathers, Respondent, v. Utley Wedge, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, and plaintiff required to serve within ten days a further bill of particulars which shall comply with the order of May 8, 1918. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.